UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Quyri Quindell Patrick                    Docket No. 5:20-CR-337-2BO

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quyri Quindell Patrick, who, upon an earlier plea of guilty to Count 6 - Possession With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D), and Count 8 - Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on June 30, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Quyri Quindell Patrick was released from custody on July 27, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On February 12, 2024, the defendant submitted a urine sample which tested positive for marijuana. When confronted with the positive result, he denied use but admitted to being around others who were smoking marijuana. In response, the sample was sent to the national laboratory for further testing. On February 16, 2024, the sample was returned as a lab-confirmed positive for marijuana. On February 22, 2024, when approached again about the positive result, the defendant admitted to smoking marijuana on or about February 10, 2024. He has been verbally reprimanded for his behavior and has been warned that continued drug use will not be tolerated. The defendant will be referred for a substance abuse evaluation. He will also be referred for participation in a program of cognitive behavioral intervention. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                   /s/ John Seth Coleman
David W. Leake                       John Seth Coleman
Supervising U.S. Probation Officer      U.S. Probation Officer
                                            150 Rowan Street Suite 110
                                            Fayetteville, NC 28301
                                            Phone: 910-354-2545
                                            Executed On: February 26, 2024

### ORDER OF THE COURT

Considered and ordered this __26__ day of __Feb_____, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge