UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quyri Quindell Patrick**　　　　　　　　　　　　　　　　　　　　**Docket No. 5:20-CR-337-2BO**

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quyri Quindell Patrick, who, upon an earlier plea of guilty to Count 6 – Possession With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(D), and Count 8 - Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on June 30, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Quyri Quindell Patrick was released from custody on July 27, 2023, at which time the term of supervised release commenced.

On February 26, 2024, in response to the defendant testing positive for marijuana on February 12, 2024, the court modified the conditions of supervision to include a drug aftercare condition and participation in a program of cognitive behavioral intervention.

On April 26, 2024, in response to the defendant testing positive for marijuana on April 22, 2024, the court agreed to continue supervision without modification so that the defendant could continue with outpatient substance abuse treatment and cognitive behavioral therapy.

On June 14, 2024, in response to the defendant testing positive for marijuana on June 3, 2024, the court modified the conditions of supervision to include 60 days of curfew with Radio Frequency Monitoring.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 15, 2024, the defendant tested positive for marijuana. When confronted with the positive test result, the defendant admitted to smoking marijuana on or about July 8, 2024. He is active in his treatment program and his clinician is supportive of the proposed plan to continue working toward sobriety. He attends drug testing as scheduled and has been honest, prior to submission of tests, about any instances of use.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Patrick is actively engaged in a treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectively recommends the defendant be permitted to continue supervision in lieu of revocation at this time. In response to his continued substance use, modifications to the previously ordered 60-day curfew with location monitoring are suggested. Any subsequent substance use will be reported to the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate in the Location Monitoring Program for a period of 60 days, utilizing RF technology and shall abide by all technology and program requirements. The defendant is restricted to his residence Monday to Friday in accordance with a curfew to be established by the supervising officer, and Saturdays and Sundays at all times except for medical necessities, court appearances, and other activities specifically approved by the probation officer (Home Incarceration). The defendant shall pay none of the costs of participation in the location monitoring program.

2. The remaining term of the original 60 days of curfew with RF monitoring is hereby removed from the conditions of supervision.

Quyri Quindell Patrick
Docket No. 5:20-CR-337-2BO
Petition for Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: July 18, 2024

ORDER OF THE COURT

Considered and ordered this 18 day of July, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge