UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quyri Quindell Patrick**                                    **Docket No. 5:20-CR-337-2BO**

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quyri Quindell Patrick, who, upon an earlier plea of guilty to Count 6 – Possession With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(D), and Count 8 - Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on June 30, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Quyri Quindell Patrick was released from custody on July 27, 2023, at which time the term of supervised release commenced.

On February 26, 2024, in response to the defendant testing positive for marijuana on February 12, 2024, the court modified the conditions of supervision to include a drug aftercare condition and participation in a program of cognitive behavioral intervention.

On April 26, 2024, in response to the defendant testing positive for marijuana on April 22, 2024, the court agreed to continue supervision without modification so that the defendant could continue with outpatient substance abuse treatment and cognitive behavioral therapy.

On June 14, 2024, in response to the defendant testing positive for marijuana on June 3, 2024, the court modified the conditions of supervision to include 60 days of curfew with Radio Frequency Monitoring.

On July 18, 2024, in response to the defendant testing positive for marijuana on July 15, 2024, the court modified the Location Monitoring conditions, restricting the defendant to his residence Monday to Friday in accordance with a curfew to be established by the supervising officer, and Saturdays and Sundays at all times except for medical necessities, court appearances, and other activities specifically approved by the probation officer (Home Incarceration).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 11, 2024, the defendant tested positive for marijuana. When confronted with the positive test result, the defendant admitted to smoking marijuana on or about August 16, 2024. Based on his continued drug use, a Motion for Revocation will be submitted; however, the probation office respectfully recommends that the term of location monitoring be extended until the defendant appears before the court for a final revocation hearing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate in the Location Monitoring Program as directed by the probation officer until further court order utilizing RF technology and shall abide by all technology and program requirements. The defendant is restricted to his residence Monday to Friday in accordance with a curfew to be established by the supervising officer, and Saturdays and Sundays at all times except for medical necessities, court appearances, and other activities specifically approved by the probation officer (Home Incarceration). The defendant shall pay none of the cost of participation the location monitoring.

Except as herein modified, the judgment shall remain in full force and effect.

Quyri Quindell Patrick
Docket No. 5:20-CR-337-2BO
Petition for Action
Page 2

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: September 17, 2024

## ORDER OF THE COURT

Considered and ordered this __18__ day of __Sept.__, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge